James E Walker III
118 Arthur Court
Boynton Beach, FL 33435
(804)246-6239

Email: jewiiirn@gmail.com
In propria persona

FILED BY _____ D.C.

SEP 15 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

DISTRICT COURT OF THE UNITED STATES

SOUTHERN DISTRICT OF FLORIDA

James E Walker III

and the

United States Government

And the

United States Housing Authority

Plaintiff

v.

Urban League of Palm Beach County/
Employee GiGi Marshall/
Employee Marceau Marcelin/
~~Respondent~~
And

State of Florida /

Palm Beach County /

and

employee Georgette Fabri /

and

Pamela Guerrier /

) Case No.: 15cv81282
)
) **PETITION IN FORMA PAUPERIS**
)
) **COMPLAINT**
)
) **CAUSE OF ACTION**
) Civil Rights Act of 1866
) **Title VI of the Civil Rights Act**
) **of 1964**
) **5th and 14th Amendment**
) **29 U.S.C. §794**
) **42 U.S.C. §2000d**
) **42 U.S.C. §3603**
) **42 U.S.C. §3604**
) **42 U.S.C. §3605**
) **42 U.S.C. §3606**
) **42 U.S.C. §5309**
) **12 U.S.C. §1701u**
) **26 U.S.C. §6402**
) **Executive orders** 11247, **11625,**
) 11764, 12250, 12259, and 12432
) **42 U.S.C. §12101-1,2,3,4,5,6,7**
) **and 8**
) **Section 504 of the**
) **Rehabilitation Act of 1973**
) **ADA III**
) **Fraud**
) **Federal Contractual Fraud**
) **18 U.S.C. §1031**
) **18 U.S. Code § 371**
) **18 U.S. Code § 245**
) **18 U.S. Code § 242**
) **18 U.S. Code § 241**
) **13 U.S.C. §3729**
) **13 U.S.C. §3730**
) **Defrauding the U.S. Government**
) **42 U.S.C.** Chap 21–Subchap V
) §2000d-7
) 42 U.S.C. § 12182(a).

*Civil Action for Defrauding the U.S. Government; Multiple types*

*of Fraud & U.S. Constitution Violation*          *Page 1 of 42*

Come now, the Plaintiffs in our own right, pleads administrative exhaustion and respectively ask the United States District Court for SOUTHERN DISTRICT OF FLORIDA to scrutinize the Federal and Constitutional rights violations committed against the plaintiffs by a public, county and state officials who abuse the public's trust. The Department of Justice has consistently interpreted Title III of the ADA to prohibit unjustified disability-based discrimination in the terms and conditions of insurance policies.  Because Congress has expressly delegated authority to the Attorney General to issue regulations interpreting Title III, the Department's reading of the statute is controlling unless it is arbitrary, capricious or clearly contrary to the statutory language. Terms or conditions in programs related to housing that deny, because of disability, benefits and privileges that are available to others, discriminate on the basis of disability in violation of title the ADA. This is true for gender, family structure and disposition as well. This defrauds the interest of the U.S. Government, and U.S. Constitutional and Federal law. The Plaintiff pleas exhaustion as assistance is sought through many venues without equitable relief. The damages irreparable.

This is a Civil action for (NOT LIMITED TO)

   a. the value of assistance granted from application submitted
      on December 16th 2013 from which the plaintiff was barred,
      excluded, denied participation and denied accommodations
      for assistance for access from;

   b. damages, actual and punitive damages, discriminatory
      housing practice in pursuant to 42 U.S.C. 3613;

c. all relief, damages, actual and punitive damages from exclusion of federally funded programs in pursuant to ADA II and III, 504 Act, U.S. Constitution violation, potpourri of Fraud, and other Federal, state, and common law violation, plus accrued interest, penalties, and other statutes actions;

d. and damages, actual and punitive damages from all types of fraud, concealment fraud, Contractual fraud for both plaintiffs, false claim and corrective measures, its cost and such other relief with accrued interest, penalties, and other statutes actions that just and proper for the United States Government and James Walker III.

### *JURISDICTION*

**THE UNITED STATES DISTRICT COURT HAS JURISDICTION BASED UPON**

a) 923. 18 U.S.C. § 371—Conspiracy to Defraud the United States by **Contractual Fraud** (FAR) and the defendant's **Constructural Fraud** by **False Claim §3733** of compliances, **False Claim** reviews and **False Claim** corrections

b) ENFORCEMENT 42 **U.S.C. §12188,**(b) Enforcement by Attorney General

   a. (1) Denial of rights;

      i. Duty to investigate (i), (ii)

      ii. Potential violation (i), (ii), the Attorney General may commence a civil action in any appropriate United States district court.

c) **In pursuant to 42 U.S.C. 3613,** the Plaintiff pleads Administrative Exhaustion after fruitless complaints already

1   filed with State and Federal Agencies within the statute of the

2   last event. Nothing availed

3   d) **TITLE 18, U.S.C., SECTION** § 242, § 245 and § 246

4   e) FAR Violation by audit, compliance, and corrective measures

5   f) Title 48 U.S.C.

6   g) <u>Equal Protection Clause</u> of the **5th and 14th Amendment which is**

7   **defended as well by the** Attorney General.

8   h) **42 U.S.C.** CHAPTER 21 - SUBCHAPTER V §2000d-7.

9   i) **13 U.S.C. §3732 and §3733 Civil investigation Demands §3730 the**

10   **Attorney General diligently investigate a violation…bring**

11   **charges…** Subchapter II - Section 3711-3720E and 3724, 3726, 3729,

12   -3733

13   j) **42 USC 1404a: Secretary of Housing and Urban Development; right**

14   **to sue; expenses,** May 30, 2015; The Secretary of Housing and

15   Urban Development ***may sue…*** 42 U.S.C. 1437 **(a)** A. B. C. that the

16   ***Federal Government should act*** where there is a **serious need that**

17   **private citizens or groups cannot…** **the allowance** of the

18   **approaching statutes** while the plaintiff is not **in unsafe home**

19   **under the collar of the law is FRAUD, denial of rights pursuant**

20   **to chapter 18, 5th (PBC EEOC) & 14th (UL PBC) amendment**

21   **violations, denial of Civil rights, "UN"equal protection under**

22   **the law", ADA III violation in procedure (UL), ADA II violation**

23   **by omission (PBC EEOC),**.

24

25   k) the *Socioeconomic Policy Requirements* - Nondiscrimination in

26   Federally Assisted Programs, 10 CFR part 1040 (45 FR 40514, June 13,

27   1980), as proposed to be amended by 46 FR 49546 (October 6, 1981);

28   THE UNITED STATES DISTRICT COURT HAS JURISDICTION BASED UPON Title

II of Public Law 671… [42 U.S.C. 1501 et seq.]. *shall continue to have the right to maintain an action or **proceeding to recover possession of any housing accommodations***

l) **1949**-Act Oct. 28, 1949, substituted "Classification Act of 1949" for "Classification Act of 1923".

m)  18 U.S.C. § 1001.<u>A false representation with respect to a company's ability to comply with government contract requirements</u> AND U.S.C. §§ 3729-3733; 18 U.S.C. § 287.

> ➢  <u>**When the Government relies upon a false statement**</u>
> ➢  <u>**When Lax-Billing oversight occur which is equitable to the refusal to acknowledge a client**</u>
> ➢  **non-compliance with TINA, the Cost Accounting Standards CAS 410**, FAR 15-203(d) - **<u>the functionally</u>, <u>expenses to final cost objectives</u>, <u>type of expenses that should be included in the G&A expense pool</u>**… **<u>cost input base which represents the total activity of the company</u>**... Again, but **<u>never had the time to enter the client in the computer from 6/2013 to 11/2013</u>**; never return calls; speak with the client briefly between meetings or set an appointment, especially those which didn't show.

the plaintiff sought to meet with Ms Jones during a break at one of these meetings. This would be the other occasion when she would speak with the plaintiff. In front of a different group of prospective clients, Ms Jones expressed regret that she had not gotten back with me and

reassuringly implied that she would be available as she directed the plaintiff to return to the office the next day. **Questions**…

> ➢ When agencies disregard the U.S. Government imposes socio-economic obligations through its contracts, especially **_Additional affirmative action regulations applying to handicapped individuals or the the disabled._**

> ➢What plan does Urban League have to ensure the retention and participation of disable applicants?

2. 42 U.S. Code § 3608 – Administration

3. **(1)** title VI of the Civil Rights Act of 1964 [42 U.S.C. 2000d et seq.]; **(2)** this subchapter; **(3)** section 794 of title 29; **(5)** the Equal Credit Opportunity Act [15 U.S.C. 1691 et seq.]; **(6)** section 1982 of this title; **(7)** section 637 (a) of title 15; **(8)** section 1735f-5 of title 12; **(9)** section 5309 of this title; **(10)** section 1701u of title 12; **(11)** Executive orders 11063, 11246, 11625, 12250, 12259, and 12432; and **(12)** any other provision of law which the Secretary specifies by publication in the Federal Register for the purpose of this subsection.

4. **42 U.S. Code § 3605 - Discrimination in residential real estate-related transactions**(a)(b) (1)

5. **42 U.S. Code § 3606 - Discrimination in the provision of brokerage services.**

6. **42 U.S. Code § 2000d**

7. Sub Chapter II – Section 3711-3720E and 3724, 3726, 3729, -3733

### _PARTIES_

1.  Plaintiffs are

- The U.S. Government

- James Walker, a natural born Citizen and is domiciled in Florida.

2.  Respondents are the Urban League of Palm Beach County and employees

    Marceau (Marc) Marcelin

    Gigi Marshall
    Girlene Jones

    1700 N Australian Ave

    West Palm Beach, FL 33407

    561) 833-1461

3.  Respondents

    Attorney General Pam Bondi
    OAG
    The Capitol PL-01
    Tallahassee, FL 32399-1050

        *For*

    The State of Florida,

        *And*

    Palm Beach County

        *And*

Office of Equal Opportunity (OEO)
Government Center

    *And for*

Employee Georgette Fabri
Disability Accessibility Specialist
301 North Olive Avenue, 10th Floor
West Palm Beach, FL 33401
561-355-4931 (office)
561-355-4932 (fax)

## Clear Simple Statement

---

*Civil Action for Defrauding the U.S. Government; Multiple types*

*of Fraud & U.S. Constitution Violation*     *Page 7 of 42*

1. The **Urban League banned, excluded, and ignored** the disabled plaintiff, **the protected interest of the United States Government,** from participating in meetings, assistance and preparation from June 2013 through the beginning of 2014. During this, application submitted on Dec 16th 2013, upon which awards given of which only the disabled were eligible to receive. The Plaintiff, being excluded from the process was negated from safe and affordable housing. The Urban League would have refused to even place the client into the system after the initial meeting.

2. Activities in 2014, collaborate the friction and further retaliation of **Urban League against** disabled plaintiff, **the protected interest of the United States Government**. Obstacles, barriers, lack of affirmative actions, lack of reasonable accommodations and violation of Civil rights endured by the plaintiff and the United State Government through Urban League and all agencies to which this was reported.

3. No remedy of the compensation lost or damages was offered. Constitutional rights and freedom were denied.

## Introduction

"Black on Black crime" discriminating on the disabled denying housing. No Housing discrimination referral.

4. The Plaintiff attended meeting held by the Urban League Inc. in June 2013 for housing assistance. During these meetings, the Plaintiff was approached interviewed by several during the meeting with question on his demographics. Urban became inaccessible and complicated and impermeable towards the

plaintiff directly after the meetings/discussions of his

demographics' and his disabilities. Thus, barred access to

programs were maintained until applications were turned in for

loans in December 2013 and loans were assigned causing

irreparable damages by GiGi Marshall & Morceau Morcelm

5.  Consistently high resistance was maintained and unfruitful

remedies followed in 2014. L Georgette Fabri ( may be referred

to as OEO) and all other alleged resources, negated the claim,

the intimidation, the lack of equitable remedy, and retaliation

as evident of no investigation beyond the warning phone call to

Marc Marcelin that I had reported the agency, would send me

back to Urban League (here after will be referred to as UL and

make reference to it employees), who had no intention of

providing neither service in anticipation or upon request to

the disabled, nor equitable remedy, without follow-up from

Disability Accessibility Specialist.

6.  The plaintiff is claiming discrimination by UL and OEO (gender,

family status, age, gender/race and retaliation to complain),

Unequal housing assistance, Unequal assistance to procure,

unequal access to services related to housing, unequal access

to housing grants, unequal access to several state and

federally funded programs, willingly and knowing, baring of the

disabled (multiple counts and retaliation), disability

reasonable accommodation denied, misrepresentation/fraud,

FAR/fraud (compliance, review, audit), False claim (ability to

perform duty without funds, failure to protect interest of the

disabled), concealment/fraud (no follow through of Urban
League's action, the token funding released in December 2013,
lax address to meet audit without remedy), denial of rights
under the color of the law(OEO), UN-equal protection under the
law (OEO, all federal agencies by not address or lax
addressing), denial to exercise right, grand theft, conspiracy,
State misappropriation of S.H.I.P funds for 2013 (and other
years before and after),

### Detailed Explanation

7.  In June of 2013, I attended a series of evening meetings,
    completing a course for entry into their services with the
    Urban League.

8.  During those evenings of classes, I thought I had gain rapport,
    as representatives came over to speak with me of my
    circumstances, such as my disability, my family situation,
    background which lead into church and finances. As they didn't
    send this much interest with others, I felt a false security of
    concern by their interest.  I was transparent and honest
    because I had high concerns for safe housing due to
    vulnerability.

9.  During the meeting, Marc Marceline was one of those
    representatives to which I spoke. G. G. said that his presence
    there was not typical. I was the **_only male_** in that class; I
    **_didn't have children_** living with me; **_I was disabled_** and the
    class was mandatory, long and uncomfortable. Inquiry made
    regarding difficulty, they made no exception for me. At the

time seemed to be the better of two evils as to pain or damage that would result seeking or being without consistent affordable and safe housing. To the damage and pain, that I must hide and endure during, and experience afterwards was no concern for them. The benefit was too much to lose as I didn't have stable and safe circumstances. The choices aren't the best.

10. The next step after the meetings was to attend the one-to-one with G.G., Ms Jones which she refused to set. No further interaction beyond the front desk would be allowed.

11. Urban League would bar me from further participation by appointment, re-applying, phone call, repeating or starting any class of any form until a month after funds would be dispersed and after the end of the year. No accommodation was offer or given. I wasn't offer common courtesy.

12. Vulnerability is not limited to inability to be alert, defend myself with an atrophy left upper extremity, heat intolerance, activity intolerance, spinal stenosis down the bilateral foramen from C-6 through C-3, herniation at L3-L4, a right winged scapula, left brachioplexus pathology, an elevated diaphragm under the left lung, a sclerotic hippo campus and dark areas in my right temporal lobe, a demyelization disorder, neuropathy, narcolepsy and dystonia. These are verifiable by MRI's, conduction studies, and other tests. The above combination and are OTHER DAMAGES NOT MENTIONED makes the functionality of life and finding comfort most difficult. My day is consumed with self management.

13. The pursuit of comfort with medicine impairs cognitive functioning, thus I don't take any pain medications. I manage the symptoms which is time consuming and exhausting. My time is already reduced by the window of functionally between mobility, an unencumbered cognitive status and exhaustion. The pursuit of success is limited to these. Outside of this window is unbalance, sloppy and with risk. Decompensation can occur rapidly.

14. I must be presentable in public, the task becomes compromised, my vulnerability is exposed, the ambulance may be called and I become barred from that place. Readiness for an event is planned and limited and beyond this window is not guaranteed and will have consequence. I have acquired a lot of damage as the risk of regaining status to no avail. **If assistance were rendered**, I could avoid assisted living without risk in a safe manner with the possibility of returning to some type of gainful employment.  I haven't the resources to manage my care, but I don't want to go to an assisted home. Personal therapy and ADL's are hard and with risk. I fall and get trapped and can't report it too much for obvious reasons. The line I must walk *alone* to get *assistance* is riddled with double standards. I wish I could return to work but I am physically barred from there as well.

15. Be barred from the program, I sought other options. I didn't have the physical integrity to endure another insult. I spent time isolated, seeking and being denied assistance. While attempting to manage my circumstances, I would be hit in the rear in a MVA. With tremendous setbacks from Multiple MVA's,

credit fraud resulting in hundreds of dollars of loss and unpaid financial fines assistance could not be found.

16. I wasn't allowed to use the address to where I was staying because I wasn't allowed to stay there and risked being discovered. As a guest that contributed, outside of the definition of renting or subletting; I wasn't allowed to get or receive mail which included everything that required an application. Through contributions were monthly, the original terms were week to week. The lack of safety, needed assistance and uncertainty of staying there were an issue at all the time. The amount contributed exceeded the federal guidelines Urban League's affordable maximum for living expense for a home by $73 dollars by on my disability gross income. The net after medical insurances and co-pays made the affair worse. It was 18% over the margin. It was missing meals, medications and doctor appointments. Being displaced again, will go over by $300. Housing isn't affordable or safe.

17. I visited the satellite office of WPB FBI site and spoke with an officer. Her partner was insistent that we discontinue our conversation. I've had my share of assault from authorities. So as I endeavored to get the female agent to give me an appointment when I can show documentation and I could feel the hair rise on the back of his neck. Rudely, a strong appreciation for leaving on my own accord without further injury became overwhelming. The Washington DC FBI says to contact the satellite office. Where and who is enforcement.

18. Legal Aid of WPB finally returned my call yesterday, on 6/10/2015 and stated that they could not start in an active

1    case. So I had to change amend this to reflect their call. But

2    I have been waiting for a call from them since the beginning of

3    this year from contact in person, and applications completed,

4    and calls still. Finally, they call. I tired of chasing

5    rainbows or fictional organizations. Why does my status

6    prevents me from getting (employment or) assistance? Supportive

7    agencies are as tangible as unicorns.

8  19.  OEO webpage states that a complaint can be mailed or done in

9    person. In the spirit of the form, my complaint was more

10    informative than the form. The following letter would be

11    reported by e-mail on Tuesday, May 13, 2014 12:16 AM to public

12    and federal entities: ADA.complaint@usdoj.gov;

13    attorney.general@myfloridalegal.com; Better Business Bureau;

14    Dept of Justice; disaster@leo.gov; events@blackchamberpbc.com;

15    Miami@ic.fbi.gov; onyourside@nbc12.com; oig.hotline@ed.gov;

16    tbdystonia@yahoo.com; washingtonbureau@naacpnet.org (pleading

17    exhaustion)

**Letter to Mrs. Fabri**

19  20.  Good morning Mrs. Fabri,

20    I appreciate your concern regarding my health and forwarding

21    these sensitive and private documents attached to this email to

22    the Urban League of West. (Acknowledge my health without remedy

23    or accomodation)

24  21.  Palm Beach Florida. While new groups of people gain advocacy, I

25    am continuously not in the position to have someone act on my

26    behalf. (Discrimination by OEO) Again, I find myself here as

27    evident of the OEO not enforcing local, state and federal civil

28    rights laws. (Denial of Rights under the Color)

---

Before

22. As I have relayed to you by phone, From my class taken in June 2013 and before Friday December 13th 2013 the Urban League has been anything but "discriminatory free" as they have accrued a posture of ignoring and no response to (Numerous counts of discrimination, barring, denial of access, denial of reasonable accommodation)

- My numerous visits in person to their office (turned away)
- My numerous hand-written notes left at their office (did not elicit a phone call, email or written letter)
- My numerous phone calls (were deferred)
- My numerous voice mails (were unreturned)

23. What does a male, dark skin disabled citizen have to do to receive equal service, reasonable accommodations for the disabled or a discriminating response?

24. They refused to notify me of the county's release of funds in relationship to December 16th date for submission.

25. In consideration that,

- I have been disabled since 2009
- subsequently endured the loss of use of my left shoulder in 2011
- subsequently ruptured disks at three locations of my spine from a rear end accident in 08/09/2013 and while trying to find alternative to the spinal fusion needed from this (among other things)
- another vehicular adding injury to insult on 05/01/2014.(Causing notable compression on the foramens of C6 and C8) It would seem that this in addition to their

1  pattern of denial would be adequate for your intervention.

2  Yet you send me back to the wolves unsupervised and alone

3  (willingly and knowingly, ALL denials, barrings, ALL

4  discrimination, no reasonable access, ALL frauds, Defrauding the

5  United States Government)

6  During

7  26. Note that from June through December, the Urban League has held

8  almost monthly meeting. (**False claim-ability to perform duty**

9  **without funds**) I walked in on a few of these meeting and waited

10  until the break. This was effective for being told that I would

11  be call the following Day. (Do I have to say it?) It never

12  happened. But on Friday Dec 13th, the Urban League told me that

13  in 3 (three) days (**from Friday to Monday**) the county would be

14  taking application. How was I to prepare.

15  • I never had my post-meeting (the one to one).

16  • They hadn't notified me of the Dec 16th submission with the

17  county, as oppose to the list of people that

18     i. they chose with whom to work months in advance (while

19      I was being denied audience seeking my first one to

20      one);

21     ii. as a result be on the above list, were prepared.

22  (**No remedy, no accommodation, no paper work, the plaintiff went**

23  **to the county and was given the thick pack to complete… the**

24  **line started on Sunday… It was not feasible**)

25  27. In June 2013, I was told that during my face to face meeting

26  that I would be given a list of things to done with assistance

27  and guidance to be prepared. On the eve of the business day,

28  December 13th, 2013 I walk in to the office seeking audience and

overhear others discussing the potential of the 16th. I learned from listening to those attempting to finalize their details with their worker(**the foyer was full of applicants. People were outside of the door. I learned of this information from the people in the foyer, the secretary could only confirm in front of some many, where before not even the secretary would inform of impending events**). At this point I still wasn't given a date for a one to one as the focus of the office seemed to be for Monday. <u>I was told it was too late.</u>

4.  I was sent to the county's office which I had frequented also.  They told me that I should have been working with my counselor from HUD and that they was no way possible I could finish what other had difficulty to complete in months.

5.  You don't feel that I have been discriminated by not being given a reason accommodation, equal rights or a dog's chance in (well I can't say that) to address the required list. This list included contact (bank, and property) and commitments. People were line up from the 15th. For some reason, you don't see why I need assistance. How was I to complete this list, not-given, go to the county (done), complete their paper work by end of day, eat, sleep and prepare at my level of function or at anybody's level of function.

6.  The benefit of the meeting was up to $60,000. (**partial equitable remedy**)

7.  <u>They (**UL**) have lied (**false statement, concealment**) to you(**OEO**)</u> by saying that I never bought in the paper. This is a complex

incomplete truth that you have not taken the time to research. I the BEFORE AND DURING Phase, I had not reached that point that required papers. It would have been my next step. (**No investigation was done regarding the one to one**)

- No papers would be requested of me until the meeting for the one to one was set.

- No paper would be accepted from me outside of the one to one and especially before the one to one. In a moment you will come face to face with the fact that the only accommodation allowed (**This was the basis of the accommodation provided for a meeting in February, UL can't requirement work both ways**)

- (**Required paperwork**)Was after the damage, of which the plaintiff, a participant, had paper as a one-time courtesy by forwarding them to Urban league (however Urban league would conceal the papers' completeness [**false statement, fraud/concealment, retaliation**]).

- Is the exception and violates their policy by allowing me to bring or send papers to them before the one to one. The phone meeting was missed twice and concealed.  [**false statement, fraud/concealment, retaliation to ADA III BY UL… Paperwork was given to comply with the one-to one. It was preliminary documentation or a starting point. It wasn't the paper work needed for the County for funds which was very thick and more involved. Evidence was given to OEO confirming UL's fraudulent/concealing response… UL**

**demonstrated willingly and knowingly bad faith and no remedy, deformation of character, Conspiracy to defraud the U.S. Government..., conspiracy retaliation to ADA II)**

8.  <u>They have lied to you</u> by saying that I never bought in the paper. (**obstruction, contempt, concealment, Retaliation to ADA III**)

THE INTEGRITY OF THE URBAN HOUSE LEAGUE

9.  It seems simple that if their cover letter says they only have 2 (two) pages of the taxes, they received papers.  The papers were not received BEFORE or DURING. They were received *after* December 16th, 2013. Whether by documentation of their cover letter(stating that they only had 2 pages of the tax year), or the policy stating that paper work is not received until during the one to one, they have lied. The questions are the motive and to what avail, which discrimination.

OEO FACT FINDING and DISCOVERY

10. Why do you trust the integrity of those practice deception, fraud (**CORRECTION → "DENYING due process and equal protection under the law by BARRING THE DISABLE FROM PROGRAM ASSISTING WITH"** Dispensing of Federal Funds is a fraud and a felony) and discrimination; and discount the whistle blower, the disabled and the victim? This retaliation is subduing and in no way considered promoting equal rights or reasonable accommodation for the disabled.  (**Knowingly, willfully, conspiracy to defraud the interest of the U.S. Government, Denial of rights under the**

Color, NO equal protection under the law, 5th and 14th amendment,
**retaliation to ADA III, ADA II**)

THE FINAL STAGE

The disposition of UL

11. I was eventually scheduled a meeting after the proverbial, "Holding of one's breath until they turn blue." Now, "Black and blue (bruised due my persistence or it could reflect more)," they gave me a list of things to which to supply.  The two meetings were scheduled under these duress circumstances

- I just had an accident in August 9, 2013 which reduced transportation and was costly (**This is additional permanent damage to add to my disability, ADA III**)

- The Urban Housing League was irritated that they had to continue with me any further and they were defensive(**retaliation for report discrimination and violation of ADA III, no plan for equitable remedy**)

- I had to relocate in December 2013, without assistance as my living circumstance were unstable

  i. I was in the flood in January 2014 the hit Boynton Beach neutralizing transportation and costly

  ii. Meanwhile, disability continues (**A new MVA causing numbness in the left arm**)

  iii. Financial and physical reserves are low.

- **The Urban League told me that there <u>weren't any funds left.</u> The funds in July never came to be available. The funds that came in were from different revenue and have been just**

given away and can't be expected for next year. **The chance of funds (derived from SHIP) becoming available in July would be the same as last year, since the SHIP FUNDS never made to those is was designed. I responded that I wanted to continue process. (There were no plans of remedies, they continued to tell me there were no fund which also had been a pattern)**

  i.  **The Urban League told me that** if I continue this process now, when and if funds were available, my process would have expired, considered ineligible and thus requiring a new start. My direct response was that if they had continued and completed my last process I would be served. So I wanted to continue. **(again there is no plan for remedy)**

  ii.  **WHEN G.G. WENT TO GIVE ME AN APPOINTMENT, I AM INFORMED THAT THE REASON THAT I NEVER WAS GIVEN AN APOINTMENT WAS BECAUSE I WAS NOT IN THEIR SYSTEM.**

    1. This means that they would have never given me an appointment

    2. This means that they would have never required papers or documentation

    3. This means that they would have never notified me of any events

    4. This means that they would not have any documentation of me other than

        a. The June class

b. Voice mails from June through December

c. Paper messages paper messages left from

June through December

**(Not being in the system, was G.G.'s (UL) explanation for not having the one-to-one, but doesn't excuse the refused, phone calls, voice mails, paper messages left and visits to the office… And it contradicts that I didn't return any papers since I didn't have a file or system reference for such paper to be placed. False statement, Concealment/fraud, Defrauding the US, ADA III, 14th amendment)**

NO REMEDY

The first meeting in 2014

12. For the first meeting (in 2014), I requested that I might send the information as I got it. Inasmuch if they had my information, an interview could be done over the phone if needed with the uncertainty of my health or mobility. The events that were playing apart in my life were lack of a secure location, just moved, the flood destroyed a lot in the car and my circumstances were frequently reorganized. I was denied this reasonable accommodation requested by a disabled person and reminded again that the funds of Dec 16th were not the regular allocation, it was a reduced amount and not predictable for the future. There is no reason to apply now. **(No remedy intended, no accommodation given)**

13. I received an appointment in January; this is after the damage has been done. When I arrived, I did not have all of my papers.

Due to relocating and the flood, I had no secure place and could not put my hands on them. (**consequence of refused accommodation**)

14. (In 2014) Urban League initially refused the appointment. I insisted that someone speak to me. I had been waiting since June for an interview. AND the person that would see me would lose nothing since it was scheduled or prior allotted time. So they allowed me to speak to Mr. Weatherspoon.

15. Mr. Weatherspoon reiterated all that the Urban League had stated after answered some of questions. <u>He said that I had "no file."</u> The paper work of my June class was not a file from which that office would work. (***Files are not generated until the one-to-one***) So papers that I had with me could not be accepted as there was no place to put them. This is the same reason why you can't you can't send them in ahead of time. Again, there would be no such file in which to deposit such paper. Furthermore, even though you may be eligible, **<u>efforts to pursue would be a waste of your time and mine; the loss and damage had already been done.</u>(NO REMEDY CONSIDERED)** Some of the financial institution may have some program that may render minimal amounts of funds in comparison to the amount from the submissions of December 16, 2013. Even if Mr. Weatherspoon were to be my counselor, which was known at that point, <u>I could not leave the paper I had with him. No Accomodation</u>

16. I made a formal complaint. I asked to speak to the director, but was assured that the assistant director was just as ample

and who was available for my issue. During this meeting, I voiced my concerns and he stated they are willing to assist me in any way possible with your case.

- He stated that I could send the documentation in advance. I sent them.

- He said that someone would <u>call me that day</u> to set up an appointment.  G.G. waited and called about two weeks later.  **(RETALIATION)** Not that I was in the system, why not return the called. Again, this reflects contempt and intent. **The question still remains, for what motive and to what extent are they going to censor me from privileges designed for me?** (Do you believe that this is a coincidence?) Inasmuch, an appointment was set.

- Urban League acknowledged receiving the documentations and confirmed the appointment. <u>NO message of any form was sent regarding the documentation inadequacies</u>. Yet, Urban League implied for the point of documentation, that the tax statements were incomplete.  It was a simple return. What pages that they would like me to fabricate?

17. <u>The day of the phone appointment no one called</u>. It was inevitable and obvious that I don't have a case that requires monitoring. Urban League was retaliating and smearing their immunity in my face. (**Retaliation**)

18. I can appreciate that fact that you have spoken of my complaint with the denial of service at the Urban Leagues and reached out them via phone. I appreciate that you took the time to converse

with Mr. Marcelin who stated they are willing to assist me in any way possible with your case.

19. You may not care of what I feel, but I'll tell you anyway. I feel abandoned and neglected by you. If someone tells you that they are being abused, how do you not address and see it through.

- I don't appreciate is with the history of being lied to by them while you did no investigation.

- I don't appreciate that this program is allow to violate FEDERAL LAWS under your watch and at my expense as long as I follow the program guidelines.

- I don't appreciate being sent back to those who have violated me just to hold me to standards that I will fail if they are doing the reporting.

- I don't appreciate the guidelines; transportation is difficult for me as well as dangerous. I've been hit twice at a standstill in less than nine months

- I don't appreciate the guidelines; as I have spent many painful hours sitting waiting for audience with someone that process me. (On one occasion, I saw her and she saw me. She had the receptionist to tell me that she would be right back. She left for a flight to a conference while I sitting in the tiny vestibule.)

- I don't appreciate that the guidelines (as long as you follow the program guidelines.) make no reasonable accommodation for the handicapped. (ADA, 504)

*Civil Action for Defrauding the U.S. Government; Multiple types of Fraud & U.S. Constitution Violation*          *Page 25 of 42*

- I don't appreciate that his employees don't follow the program guidelines. This needs to be addressed first. (ORC and OEO)

- <u>How am to receive the same funds if they don't exist and the lack of benefit has cause further burden.</u> (**NO REMEDY**)

20. I feel discriminated against as a protected class member (male dark skinned disable citizen) and have demonstrated that I've been denied service.

28. Contact refused by Urban League by phone call and/or in person was about every two week between June of 2013 and December 13th 2013.

29. In Urban League's success in sabotaging, barring or DENYING due process of any opportunity of receiving funds in 2013, the plaintiff was assured by Mr. Weatherspoon and Marc Marceline that pursuing any course of action was futile because funds of 2014 were uncertain and my application of 2013 would be ineligible for Urban Leagues assistance for 2014 funding. This statement is defiant against remedy and is not equal protection under the law; and though I pursued to no avail, Georgette Fabri would redirect me back to people who said they would not help me.

30. <u>In a shows bad faith efforts of Urban league (with no remedy) and no attempt to comply by failing to anticipate reasonable accommodations for the disability, when bought to their attention they refuse to provide any reasonable accommodation;</u>

when the disabled plaintiff expressed duress, urban league
continued and sustained their refusal to provide in a
reasonable accommodation for the disabled which had been unsafe
an unstable living circumstance and had been hit by vehicle; a
continued to refuse phone calls, returning phone calls, set
appointments and knowledge the plaintiff in person in pursuant
to 42 U.S. CODE § 12188 – ENFORCEMENT, **(2)**(1)(B)

31. 2/3 Urban League's annual finances is for salaries, benefits,
education, professionalism (**for programs which have no funding
and for refusing service; This is FRAUD**). These funds are used
sites against the designated purpose of "general public
importance." Question would be, besides the payment of salaries
during years of drought of funds, what is the function of Urban
League that warrant's this quantity of funding???? When funds
become available, Urban league mismanages their clientele.
Further, how do audits miss the essence that the general public
importance is filled with

- The neglect and sustained abuse to a disabled person from
  an agency whose purpose is to advocate for disability
- The disproportionate amount of assistance for low income
  i. Males                          gender
  ii. Disabled males                gender  & disabled
  iii. Isolate disabled males without a familiar support
      system.                       family status & disabled
  iv. Dark-skinned disabled males - color & disabled
  v. Males abandoned by spouse - family status

32. In Retaliation of the complaint, each phone meeting set with
    Marc Marceline was missed, effective sabotaged, barred or
    denied. Marc Marceline would document that he called, as
    records would demonstrate on each occasion on a cell phone log,
    there had not been any calls from Urban League. Lawlessness
    flourished; in one event, concealment fraud, bad faith with
    compliance, conspiracy, barring the disabled and refusal to
    provide reasonable accommodation ADA III, denial of civil
    rights to a federally funded program in general, false claim of
    stating he called v. the plaintiff not being available, not
    measures to anticipate the need disabled, not corrective
    measures to relieve the need of the disable.

33. The plaintiff would have to follow-up with a call to redirect
    the Director of Urban League to have or reset the meeting.

34. Georgette Fabri is the ENFORCEMENT OFFICER for the denial of
    rights. She is impotent as an enforcer facilitating the denial
    of rights. She denied right when I need the assistance the
    most. The 1st Floridian auto accident was 8/9/2013, the second,
    was 5/1/2014. Spinal stenosis among other injuries would not
    add to my physical debt. I couldn't manage my ADL's which is a
    very large list usually not desired to hear. But just consider
    two, the inability to prepare and initiate eating a meal. One
    would consider these deficits worth reporting or investigating.
    But to give directions to someone with these with the
    expectation of completion is not reasonable, nor is it
    accommodating. Inasmuch, the OEO specialist, Mrs. Fabri (a) in
    giving instruction with follow up with Urban League was the
    product of failure of the plaintiff, (b) failed to anticipate

to needs of the disabled, (c) offers no accommodations, and (d) fails her, the OEO's, and the county's mission… to advocate or of enforcing local, state and federal civil right laws. Especially, in the direct request for help, OEO left the request, the complaint the lack of safe housing and the denial of service unaddressed, unreported and unsupervised.

35. On Friday, May 09, 2014, Mrs. Fabri received an accident notification. Further, the OEO specialist, Mrs. Fabri, after receiving the **verification that Urban League falsified a response** to her, assigned accommodations to Urban League, "*It is your responsibility to meet program requirements and obligations in order to receive service from the Urban League.*" Mrs. Fabri fails to acknowledge that from June 2013 through January 2014, I was denied access into the program causing the loss of available funds. How can the plaintiff comply with to what he's not a party? "If at any time you cannot continue service because your medical condition, you must remain in contact and notify them appropriately." "SPEEDY REVOERY!" It was during medical conditions and an accident that they ignored me. It's like a joke. How could Mrs. Fabri say "If you can't continue services because of your medical conditions", while I'm telling her I'm finding my meals in the microwave from days ago (since the second accident and asking for help). *How can the Plaintiff appropriately notify Urban League, who is ignoring the plaintiff?*

Urban league was not willing to work with me as they falsified a reported of compliance that information in their possession was not given only to falsify that the plaintiff wasn't

compliant. If you look at the commit on the Urban League First
Time Home Buyer Checklist, you see that the Urban League
already had the information that they said I didn't to them.
There isn't a third page for the tax reports. There aren't any
utility bills in my name. The plaintiff provided the credit
reports. Neither Urban League nor OEO called to discuss this
falsification. *Why does Mrs. Fabri reach out to Urban League by
phone and ignore my request for a call?* My e-mail to Mrs. Fabri
was to convey Urban League's false documentation.

<u>On Mon, May 12, 2014 at 11:35 AM, Georgette Fabri M.</u>

36. " (**Georgette Fabri M**) am so sorry to hear about your car
accident and… I (**Georgette Fabri M**) am not in the position to
act on your behalf" (OEO leaves me without an advocate). This
contradicts "OEO's mission is to promote a discrimination free
quality of life… advocating… enforcing local, state and federal
civil rights laws."

37. I (**Fabri M Georgette**) received your complaint with the denial
of service at the Urban Leagues and reached out them via phone.
I (**Fabri M Georgette**) spoke to Mr. Marcelin who stated they are
willing to assist you in any way possible with your case as
long as you follow the program guidelines. After the fact,
there is no remedy. The complaint is being barred from program.

38. **Fabri M Georgette** makes no reference to remedies to the lost
grant and ignores that UL continues to say that there are no
funds… There no need to apply at this time… Once your
application is complete

39. *Fabri M Georgette's,* "At this time it would behoove you to remain in contact," give accommodations to Urban League. After complaining that they don't respond, ignore me while I'm physically in their presence, refuse to make scheduled calls, it seems very likely that I will be contacted when it becomes beneficial.

40. In essence, Georgette Fabri response by assigning the plaintiff to accommodate Urban League with communication, "it would behoove you to remain in contact;" This is without REMEDY. If funds were or will be issued, Urban League will DENY this information to the plaintiff; this true to this day. It is hard to keep up with an entity/person which practices aggressive avoidance and neglect, such as not returning phone calls, and lying about such as demonstrated on the 6/2/2014 and again at 10:00 on Wed 28, 2014 planned phone meeting; During which Marc Marcelin tells OEO that he was willing to work with me with hope of INTIMIDATION, the plaintiff would give up and accept the loss as now nothing was available. He documents and reports a false compliance with no remedy attached. This is a continuation of Denial of Rights and Due process

41. Marc Marcelin would not comply, will not answer and rarely return calls. Georgette Fabri makes no accommodation for the disabled. Georgette Fabri does not anticipate the needs of the disabled. Georgette Fabri does not follow up for compliance with the disabled.

42. This is intimidating because at what point have the injured become a nuisance. Nuisances are punished and excluded. Every decision made after this is with consideration of that

disability is too much for them to handle and retaliation may continue, but retaliation is already in progress.

43. The <u>disallowance of this Claim</u> was in the communicate from Georgette Fabri, EEOC, Palm Beach County Government documenting in response, "At this time it would <u>behoove</u> you to remain in contact with Marc Marceline, continual deference from Christian Newsome HUD, in Atlanta. Christian Newsome's phone calls were frequently not returned as well. When he would return a call, he would set another time to speak which would not happen.

44. Georgette Fabri, EEOC, Palm Beach County Government failed or refused to assist or remedy unsafe housing condition for low-income families which would be consistent with the objectives of her employment and office.

45. Georgette Fabri, OEO, Palm Beach County Government failed to validate the vest in public housing agencies, granted to Urban League, that it would perform well.

46. Georgette Fabri, OEO, Palm Beach County Government failed to have Urban League demonstrate appropriate accountability of the complaint of the plaintiff.

47. The Palm Beach County Office of Equal Opportunity is responsible for the County's Disability Accessibility Awareness program. **This program assures** that County government and countywide organizations and public facilities **maintain compliance with the Americans with Disabilities Act**. ... OEO… helps to **remedy**… discrimination against persons with disabilities in housing, **access to… services**… and **all other areas of equal access**… If you have experienced a problem concerning accessibility or believe that you have otherwise

1  been discriminated because of either a physical or mental

2  disability, you should contact OEO for information and

3  assistance.  http://www.co.palm-

4  beach.fl.us/equalopportunity/disabilityaccessibility/

5  48. At OEO, "What Is Prohibited?"

6      *Provide different housing services or facilities (That

7      includes omission of services or no facility. From June

8      through January, I had no facility.

9      *Deny anyone access to or membership in a facility or

10     service … related to the sale or rental of housing.

11  http://www.co.palm-

12  beach.fl.us/equalopportunity/fairhousing/whatisprohibited.htm

13  49. **In Mortgage Lending:** ….

14  Refuse to provide information regarding loans…

15  http://www.co.palm-

16  beach.fl.us/equalopportunity/fairhousing/whatisprohibited.htm

17  50. **In Addition:** It is illegal for anyone to:

18  Threaten, coerce, intimidate or interfere with anyone

19  exercising a fair housing right or assisting others who

20  exercise that right

21  http://www.co.palm-

22  beach.fl.us/equalopportunity/fairhousing/whatisprohibited.htm

23  51. In August of 2011, a formal arbitration requested directly to

24  the director of OEO, Pamela Guerrier is denied by omission or

25  being produced. In any case, the plaintiff would be barred from

26  this service as well. Consistency is their best quality.  After

27  being banned from a program until after funds are release,

28  equitable remedy had not been found. The time period between

---

*Civil Action for Defrauding the U.S. Government; Multiple types*

*of Fraud & U.S. Constitution Violation*        **Page 33 of 42**

July and August was to demonstrate some type of change in behavior substantial to erase the past 12 months of begging for audience with Urban League and the first seven months of being banned from services until there were no more funds available. After this there is no more follow-up. Everyone else wasn't treated in the same manner; neither did everyone else qualify as low income and disabled.  Denial of right under the color; Denial of a federal program; denial of liberty to exercise right, Denial of equal protection under the law, denying the disabled from equal access program or service, Defrauding the United States Government, etc…

52. Lawlessness flourished in OEO of West Palm Beach during the complaint, directly or indirectly, actively and by omission. Georgette Fabri, OEO, Palm Beach County Government without explanation

- Dismisses **assurance** of West Palm Beach County Government's compliance with ADA and bad faith with compliance of many laws; 5th Amendment, Equal protection under the law, right to exercise liberty, False Claims (her salary taken in payment for compliance v. sabotage and fraud), Defrauding the U.S. Government, etc; 18 U.S. Code § 245, 18 U.S. Code § 242, 18 U.S. Code § 241

  - Dismisses **assurance** of West Palm Beach County countywide organizations' and public facilities' compliance with ADA;

  - Denies access to both, **general civil rights services** – and – **accommodation for the disabled** from OEO of WPB

    i. to stop abuse and neglect;

    ii. for corrective measures of damages;

      iii.  to resolve the immediate needs of the disabled current

          circumstance;

- Endorses Urban League's Series of crimes to the plaintiff;

- Demonstrates that absence of OEO of WPB's plan of
  affirmative action for the disabled;

- Dismisses the discrimination for the plaintiff's physical
  disability; disallowance of the disability can be
  delineated as both, with and without discrimination. I was
  allowed to start the classes; and it wasn't until after
  conversation of my demographics, that I was barred. Thus,
  though conversation, the temporal correlation is
  established as Urban League discontinued my qualified
  participation. I would re-plea my circumstances in writing
  as the desk as events happened to stress the severity. I
  specifically asked for a brief appointment (5 minutes) in
  between other appointments or if some missed their
  appointment as an ADA accommodation. There were times when
  she was talking and other times I would be told that she
  was on the phone. The point is, if she could stop to see
  someone else, she could stop and address me. This is
  simple. If she run by me to get a call, she could easily
  tell them she has a person waiting, let it go to voice
  mail, or have the secretary take a message just as easy as
  she has me wait. Further, if the phone is her priority,
  then she could take or return my calls. When I call, she
  never takes my calls. I was always deferred as the dynamics
  of the communication kept me severed from Urban League and
  DENIED from services.

- Denies and doesn't offer any further information or assistance;
- Doesn't further investigate all other areas of equal access;
- Demonstrates, with Marc Marcelin, two or more persons conspires to… oppress, threaten (behoove you), or intimidate (continued violation if the face complaint and in support of the enforcer) any person… the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States. Everyone has the right to attend class and come for their one-to-one meeting. U.S.C. 18
- Demonstrates Civil rights violations in general;
- denial of civil rights to a federally funded program;
- bad faith with compliance;
- barring the disabled, refusal to provide reasonable accommodation, and no affirmative action measures demonstrated by OEO PBC through, Georgette Fabri assuring compliance of Urban League in pursuant to ADA II regarding ADA III;
- Denial of civil rights to a federally funded program in general;
- Concealment fraud (a) to plaintiff regarding (i) remedy and (ii) complaint (iii) False documentation as she would not document that she did these or just omitted the documentation altogether, (iv) false claim, fee for service, salary (v) False Documentation, false audits and False claim by the documentation or the exclusion of

documentation eluding to personal and PB County's federal compliance for 2014 for funding

- Omission of corrective measures to relieve the need of the disable.

53. It is sufficient that the defendants engaged in acts omission of duty, endorsement of violation and concealment those violations that interfered with or obstructed a lawful governmental function by deceit, craft, trickery or by means that were dishonest.

54. Federal law prohibits the **barring of participation of the disabled** -and- the discrimination, in the **actions, assistance and programs related directly and indirectly,** in with rental, sale, advertising and financing of housing, especially if it is a practice or individualized based of your race, color, religion, gender, …family status, i.e., …disability.

55. In pursuant to 38 ADMINISTRATIVE REMEDIES FOR FALSE CLAIMS AND STATES (section 3801-3812).Chapter 39-Prompt payment. Subtitle IV-V- IV

56. **The plaintiff has filed complaints with EEOC of Palm Beach County/ pbcgov.org and HUD in Atlanta Georgia as well as other private and federal agencies noted earlier, thus exhausting all administrative efforts. There isn't anything prompt regarding any agency, except denial.**

57. **After this point, in retaliation plaintiffs continued efforts, Urban League would continue to not return phone calls, especially in resisting the accommodation interview by phone. This would continue under the review of HUD. In contempt for appraisal of meeting the needs of the disabled defendant will**

display in no willingly cooperation or compliance for the six
overall rights act and chain in a unique in need of the
plaintiffs combinations of disabilities.
                    The relationship between OEO and UL

58. After-the-fact OEO provides a **racket or a** service that is
    fraudulently offered to solve a problem, such as for a
    problem that does not actually exist, that will not be put
    into effect, or that would not otherwise exist if the
    racket did not exist. UL, knowing that OEO will endorse
    their actions, makes the problem solving OEO a
    contributing causal agent, although that fact may be
    concealed, with the specific intent to engender continual
    patronage for this party. This problem exists because of
    the impotence of OEO. OEO validates the conduct of UL
    which accepts government fee for no service. Neither
    organization is fruitful, yet shares a profitable
    symbiotic relationship. This has the same structure as
    racketeering except, the service of protection isn't given
    or is discriminates services, instead the responsibility
    is behoove to the client.

59. Title III's prohibition of discrimination applies with
    respect to "the full and equal enjoyment of the goods,
    services, facilities, privileges, advantages, or
    accommodations of any place of public accommodation * *

\*."  42 U.S.C. § 12182(a).  The statute defines "public accommodation" to include an "Urban League" whose operations affect housing.  42 U.S.C. § 12181(7).  Any housing assistance is one of the "goods, services, \* \* \* privileges, [or] advantages." Therefore, any discrimination or barring from service when service were available constitutes denial of "the full and equal enjoyment of the goods, services, \* \* \* privileges, [or] advantages" of a "place of public accommodation" within the plain meaning of 42 U.S.C. § 12182(a).

60. Such Claim for assistance, correction and relief were made within the two-year statute of limitation period.

61. Plaintiffs, hereby, attest and affirm that all amounts on said CLAIM belong to plaintiff and were unlawfully barred Respondent, both before and after the fact, against plaintiff(s)' consent.

62. Respondent is, thereby, wrongfully, interfering with plaintiff(s)' Constitutional Right to the possessory interest of property belonging to them and violates the interest of the United States Government.

63. Respondents' unlawful refusal to honor Plaintiffs' Claim and contracts and their deliberate and malicious interference with plaintiffs' property rights, has caused Plaintiff(s) extreme mental suffering, personal inconvenience, pain and suffering, isolation and loss free.

64. **Sec. 2000d-7. Civil rights remedies equalization,** (a) (1) A State shall not be immune ... the provisions of any other Federal statute prohibiting discrimination by recipients of Federal financial assistance. (2) In a suit against a State … (1), remedies (including remedies both at law and in equity) are available **for such a violation** <u>to the same extent</u> as such… any public or private entity…

65. PURSUANT TO 42 U.S. CODE § 3613 & 42 U.S. CODE § 12188 - ENFORCEMENT **(2)** (1) (B), the court **(A)** may grant any equitable relief such as the loss of the $60,000; grant as well as all other grants (5,000 & $10,000) that would be available through banks at that time appropriately; Combined totaling $75,000 plus interest as deemed by the court; The loss in rent from 1/2014 through this time which would have been applied to the home at $500 per month to date plus interest as deemed by the court. The ability to be assessed by

   - **(i)** relief;
   - **(ii)** providing an auxiliary aid or service, and having Urban League report upon receiving a disabled person for additional referral of need and assessment, practice, or procedure, or alternative method;
   - **(iii)** mandatory reporting of each disabled male's assessments, progress, in the outcome;
   - (B) may award such other relief as the court considers to be appropriate, including monetary damages to persons aggrieved when requested by the Attorney General; and

66. Please, I pray to vindicate the public interest, assess a civil penalty against the entity in an amount for $50,000 for a first

violation or **(ii)** not exceeding $100,000 for any subsequent

violation, as appropriate.

67. Mandate that Urban League and OEO of West Palm Beach, Florida

"cure" their deficient performance within ten days in pursuant

to the default clause of FAR

68. Plaintiffs incorporate by reference the allegations set forth

in ¶1-34 above. THEREFORE, absent a denial of each element

contained in Plaintiff's complaint accompanied by a

preponderance of evidence validating Plaintiff(s) claim, he

request(s) that the court enter a judgment in favor of

Plaintiff(s) and against Respondents

    a) For amount of Claim, subtotaling $75,000 for both Urban

       League and the OEO separately totaling $150,000 together

    b) For emotional damages and family hardship in the amount of

       $3,000,000.  (3,000,000 or 3 million)

    c) For interest, as allowed, pursuant to the mandates of

       section 6621 of the Internal Revenue Code of 1986 and 28

       U.S.C. §2410.

    d) For court costs and from post-judgment interest;

    e) For relief in the course of prosecuting these claims, not

       limited to false claims and defrauding the United States

       Government as a co-plaintiff with the United States

       Government as the court mandates.

I/We hereby affirm and attest, under the penalties of perjury, that,

to the best of my/our knowledge and belief, the above information is

true, correct, and complete.

Plaintiff                                    Plaintiff

## VERIFICATION

1.  I, James Walker am party to this action.  I have read the
    foregoing, 'Request for a Judicial Review' and know its
    contents. The matters stated therein are true of my own
    knowledge, except those matters which are stated on information
    and belief, and as to those matters, I believe them to be true.

2.  I am the Petitioner(s) in this action, propria persona, and I
    make this verification, to attest to the truth of the matters
    herein stated.

I declare under the penalty of perjury under the laws of
_Colorado_ [state] that the foregoing is true and correct.
Executed on the _9th_ month of _September_ 2015, at
_Centennial_ [city], _Colorado_ [state].

/s/ _James Walker_ (signature)

SUBSCRIBED AND AFFIRMED, OR
SWORN TO BEFORE ME IN THE COUNTY
OF ARAPAHOE, STATE OF COLORADO.
THIS _9_ DAY OF _September, 2015_

NOTARY PUBLIC, STATE OF COLORADO

VINCENT L QUIACHON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20144005089
MY COMMISSION EXPIRES 02/03/2018


Please Recycle


UNITED STATES POSTAL SERVICE.

Retail

Y MAIL
E REQUIRED


**P**

**US POSTAGE PAID**

**$10.55**

Origin: 80015
Destination: 33401
1 Lb 14.00 Oz
Sep 11, 15
070493012Z-08

1004

**PRIORITY MAIL ®2-Day**

Expected Delivery Day: 09/14/2015   [C028]

**USPS TRACKING NUMBER**



9505 5104 5033 5254 1889 13

ORITY°
AIL ★


UNITED STATES
POSTAL SERVICE ®
VISIT US AT USPS.COM°
ORDER FREE SUPPLIES ONLINE

s & Walker
S Richfield Circle
ra, CO 80015

**TO:** Paul G Roger Federal Bldg
U.S. Courthouse, Room 202
701 Clematis
West Palm Beach, FL
33401

FOR DOMESTIC AND INTERNATIONAL USE

VISIT US AT USPS.COM°
ORDER FREE SUPPLIES ONLINE


UNITED STATES
POSTAL SERVICE®