UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-81282-CIV-DIMITROULEAS

JAMES E. WALKER III,

    Plaintiff,

vs.

URBAN LEAGUE OF PALM BEACH
COUNTY, et al.,

    Defendants.

_____/

## ORDER DISMISSING COMPLAINT

THIS CAUSE is before the Court *sua sponte*, upon an examination of the record.

Pursuant to Judge Robin L. Rosenberg's June 29, 2015 Order Administratively Closing Case [DE 6] in *Walker v. Urban League of Palm Beach County, et al.*, case no. 15-civ-80480-Rosenberg, in the event that the *pro se* Plaintiff James E. Walker III wished to file an amended complaint, he would be required to file a motion to reopen the case, attaching the amended complaint, and set forth the basis for his request. *See* case no. 15-civ-80480 at [DE 6].

On September 15, 2015, Plaintiff filed, in case no. 15-civ-80480-Rosenberg, a Motion to Reopen [DE 7]. That same day, Plaintiff also filed what appears to be his amended complaint. However, instead of being docketed as an attachment to Plaintiff's Motion to Reopen in case no. 15-civ-80480-Rosenberg, the complaint was docketed as a new case and was randomly assigned to the undersigned.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is hereby **DISMISSED, without prejudice,** as duplicative of case no. 15-civ-80480;

2. The Clerk shall **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 16th day of September, 2015.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of record

James E. Walker III, *pro se*

4962 S Richfield Circle

Aurora, CO 80015